UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAGUN, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMPLETE RECOVERY, et al,<br><br>          Defendants. | Case No.: 2:20-cv-03821 TJH(Ex)<br><br>**ORDER GRANTING RENEWED DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT DEZHOU CREATE FITNESS EQUIPMENT CO., LTD** |

The Court, having considered the Notice of Motion and Renewed Motion for Default Judgment and Permanent Injunction Against Defendant Dezhou Create Fitness Equipment Co., Ltd., filed by Plaintiff Theragun, Inc. ("Theragun"), the Memorandum of Law in Support, the Declaration of Gregory S. Cordrey, the Certificate of Default entered by the Clerk of Court on file herein, the Complaint, and all of the other relevant papers and pleadings on file with the Court in this matter, now enters judgment as follows:

1.     Theragun's Renewed Motion for Default Judgment against Dezhou Create Fitness Equipment Co., Ltd. ("Dezhou") is GRANTED on the claims set forth in the Complaint.

2.     Dezhou has infringed Theragun's trademark rights.

3.     Theragun's Trade Dress is valid and protectable

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    4.    Dezhou has infringed Theragun's rights in its Trade Dress.

2    5.    Dezhou and its officers, directors, agents, servants, affiliates, employees,

3    subsidiaries, divisions, branches, parents, attorneys, representatives, privies, and all others acting in

4    concert or participation with Dezhou or receiving notice of this Order are TEMPORARILY,

5    PRELIMINARILY AND PERMANENTLY ENJOINED AND RESTRAINED from using the

6    federally registered trademark THERAGUN, U.S. Reg. No. 5,213,141, or the Trade Dress, or any

7    other mark or trade dress confusingly similar thereto, including the Infringing Trade Dress, or

8    engaging in further acts of unfair competition or trademark or trade dress infringement, including

9    but not limited to the products shown below in FIGS. 14-18, 20:


**Fig. 14 (the "Recovery Pro")**


**Fig. 15 (the "Recovery Volt")**


**Fig. 16 (the "CRG-02")**


**Fig. 18 (the "CRG-05")**




**Fig. 17 (the "CRG-03", with connector and attachments)**

JMBM | Jeffer Mangels Butler & Mitchell LLP

 

**Fig. 20 (the "CRG-01" with battery)**

6.      U.S. Patent Nos. D877,351 ("the '351 Patent"), D880,714 ("the '714 Patent"), D880,715 ("the '715 Patent"), D880,716 ("the '716 Patent"), D879,985 ("the '985 Patent"), D879,986 ("the '986 Patent"), D869,387 ("the '387 Patent"), D849,260 ("the '260 Patent"), D849,261 ("the '261 Patent"), D861,182 ("the '182 Patent"), D850,640 ("the '640 Patent"), and D859,680 ("the '680 Patent") are valid and enforceable.

7.      Dezhou has infringed the '351, '714, '715, '716, '985, '986, '387, '260, '261, '182, '640 and '680 Patents directly, contributorily, and/or by inducement, literally or by equivalents.

8.      Dezhou and its officers, directors, agents, servants, affiliates, employees, subsidiaries, divisions, branches, parents, attorneys, representatives, privies, and all others acting in concert or participation with Dezhou or receiving notice of this Order are TEMPORARILY, PRELIMINARILY AND PERMANENTLY ENJOINED AND RESTRAINED from infringing the Infringing Patents directly, contributorily and/or by inducement, or otherwise engaging in acts of unfair competition, including the manufacture, use, offer for sale, sale and importation into the United States, of the any device infringing the '351, '714, '715, '716, '985, '986, '387, '260, '261, '182, '640 and '680 Patents,  including but not limited to the products listed in ¶ 5 and shown below in Fig. 19:

 

**Fig. 19 (the "CRG-04" with attachment)**

3

9.      Any products in the possession, custody or control of Dezhou which infringe the '351, '714, '715, '716, '985, '986, '387, '260, '261, '182, '640 and '680 Patents be delivered up and destroyed within 30 days of entry of judgment.

10.     Dezhou is to recall all such infringing products and any other materials sold, distributed, advertised or marketed which infringe the '351, '714, '715, '716, '985, '986, '387, '260, '261, '182, '640 and '680 Patents.

11.     Dezhou is to file with the Court, and serve upon Theragun's counsel, within thirty (30) days after entry of the order of injunction, a report setting forth the manner and form in which each of them has complied with the injunction.

12.     Dezhou has infringed on Theragun's common law trademark and trade dress rights and/or engaged in acts of common law unfair competition against Theragun.

13.     Dezhou's conduct was willful and intentional and in conscious disregard of Theragun's rights.

14.     Judgment is entered in the amount of $3,892,410.

15.     FINAL JUDGMENT is hereby entered in favor of Plaintiff Theragun, and against Defendant Dezhou, on all counts of Plaintiff's Compliant, for which execution shall issue forthwith.

DATED:   November 4, 2021

_____
U.S. DISTRICT JUDGE

ORDER GRANTING DEFAULT JUDGMENT AND
PERMANENT INJUNCTION AGAINST DEFENDANT